IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-22698-JEM

VICTOR CASADO, an individual,

    *Plaintiff,*

vs.

NAS COMPONENT MAINTENANCE,
INC., a Florida corporation, and NESTOR
CAMACHO, individually,

    *Defendants.*
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, Victor Casado, and Defendants, NAS Component Maintenance, Inc., and Nestor Camacho (collectively the "Parties"), pursuant to Federal Rules of Civil Procedure 41(a), hereby file this Joint Stipulation of Dismissal without Prejudice as to all claims. The Parties agree to each bear their own attorney fees and cost incurred in connection with this action.  The Plaintiff will refile his claims in the Miami Dade County State Court.

**Date: September 22, 2020**

Joint Stipulation of Dismissal without Prejudice
*Victor Casado v. NAS Component Maintenance, Case No. 1:20-cv-22698-JEM*
Page 1 of 2

Respectfully submitted,

**DORTA & ORTEGA, P.A.**

 /s/ *Omar Ortega*
Omar Ortega, Esq.
Florida Bar No. 0095117
Valerie M. Hassan, Esq.
Florida Bar No. 1000379
3860 SW 8th Street, PH
Coral Gables, Florida 33134
Phone: (305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
vhassans@dortaandortega.com
dgomez@dortaandortega.com

***Attorneys for Defendant***.


**MICHEL O. WEISZ, P.A.**

/s/ *Michel O. Weisz*
Michel O. Weisz, Esq.
11901 Southwest 91st Avenue
Telephone: 305-613-6192
Primary: moweiszpa@gmail.com
Secondary: weisz.carmen@gmail.com

Joint Stipulation of Dismissal without Prejudice
*Victor Casado v. NAS Component Maintenance, Case No. 1:20-cv-22698-JEM*
Page 2 of 2