UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22698-CIV-MARTINEZ-OTAZO-REYES

VICTOR CASADO,

    Plaintiff,

vs.

NAS COMPONENT MAINTENANCE,
INC., *et al.*,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice [ECF No. 9]. Accordingly, it is:

**ORDERED** that this action is **DISMISSED** without prejudice, with each party bearing its own attorneys' fees and costs. The Clerk of Court shall **CLOSE** this case and **DENY ANY PENDING MOTIONS AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of September, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record